IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA



LINDA SMEDLEY, as Administratrix of
THE ESTATE OF EARL ELTON SMEDLEY,

    Plaintiff,

v.                                     CIVIL ACTION NO. 3:06CV104

RUSSELL LYNN BREWER, and
MSM TRUCKING, INC.,
d/b/a WOMCO TRUCKING,
and WOMCO TRUCKING,

    Defendants.

## STIPULATION EXTENDING MEDIATION DEADLINE

**COMES NOW** the parties, Plaintiff Linda Smedley as Administratrix of the Estate of Earl Elton Smedley, through counsel, Nathan P. Cochran, Esquire, and Defendants, Russell Lynn Brewer and MSM Trucking, Inc. d/b/a Womco Trucking, through counsel, Lucien Lewin, Esquire, and hereby agree and stipulate to extend the deadline in which to mediate the case to and including, December 15, 2007.

_____
Nathan P. Cochran, Esquire
Law Office of Richard Gay, LC
31 Congress Street
Berkeley Springs, WV 25411
(304) 258-1966

_____
Lucien G. Lewin, Esquire
Stepfoe & Johnson
P.O. Box 2629
Martinsburg, WV 25401
(304) 262-3528

IT IS SO ORDERED.

DATED: _11-15-2007_

_____
JOHN P. BAILEY
UNITED STATES DISTRICT JUDGE